LINDSAY YORK FANTACI

VERSUS

MICHAEL LOUIS FANTACI

NO. 23-C-152

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

March 29, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** LINDSAY YORK

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN D. ENRIGHT, JR., DIVISION "N", NUMBER 809-154

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and Cornelius E. Regan

## WRIT GRANTED IN PART AND DENIED IN PART

Relator, Dr. Lindsay York, seeks review of the trial court's March 24, 2023 Order that granted temporary sole custody of the parties' minor child, C.F., on an ex parte basis, to respondent, Michael Fantaci, pending a hearing set for next Monday, April 3, 2023. Dr. York argues that this Court should find the ex parte order is absolutely null because Mr. Fantaci's ex parte petition for temporary custody, as well as the order issued by the district court, fail to comply with the requirements set forth in La. C.C.P. art. 3945. For the reasons stated below, we deny relator's writ application, except we grant relief in part in the event the April 3, 2023 hearing is continued to a later date as explained more fully below.

The parties' child, C.F., is a member of a competitive club volleyball team that travels outside of the New Orleans area to attend tournaments. The parties previously entered into a Consent Judgment on March 10, 2021 requiring the parties to allow C.F. to participate in a physical activity and further requiring the custodial parent to transport C.F. to her games and practices and allowing the

option for the other parent to bring C.F. to practices and games if the custodial parent is unable to transport C.F. In his ex parte petition, Mr. Fantaci requested temporary custody due Dr. York's failure to bring C.F. to her practices, and threats to refuse to allow C.F. to travel to and attend volleyball tournaments during Dr. York's custodial time unless Mr. Fantaci agreed to allow Dr. York "makeup" visitation time with Lindsay during his custodial time.

In particular, Mr. Fantaci provided messages and emails he exchanged with Dr. York, in which she threatened to refuse to allow C.F. to attend a tournament on March 25 and 26, 2023, and to travel after school on Thursday, March 30, 2023, to attend a tournament in Atlanta, Georgia, because these days are during her custodial time. Mr. Fantaci further alleged that he was concerned for C.F.'s emotional state and safety during this period of time because of Dr. York's pattern of behavior and C.F.'s indication that she would leave Dr. York's house to get to Mr. Fantaci so that he could bring her to the tournaments.

Based on the foregoing, we find that Mr. Fantaci's ex parte petition and the district court's March 24, 2023 Order complied with the requirements of La. C.C.P. art. 3945 to the extent full temporary sole custody was granted only from March 24, 2023 until the hearing scheduled on April 3, 2023. However, in the event that the April 3, 2023 hearing is continued to a later date, we grant the writ application in part to modify the first paragraph of the order to provide that the temporary sole custody granted to Mr. Fantaci is limited to the days necessary for C.F. to participate in, and/or travel to and from, volleyball tournaments as determined by Mr. Fantaci. Otherwise, the writ application is denied.

Gretna, Louisiana, this 29th day of March, 2023.

CER
MEJ
SJW

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **03/29/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-C-152**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (DISTRICT JUDGE)
Elizabeth K. Fox (Relator)                    Jeffrey M. Hoffman (Relator)
                                              Jennifer C. Carter (Respondent)

### MAILED

John F. Young, Jr. (Relator)
Attorney at Law
3408 6th Street
Metairie, LA 70002

SECURITY

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John F. Young, Jr.
Attorney at Law
3408 6th Street
Metairie, LA 70002
23-C-152                    03-29-23

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3638 33

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 6748

---

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery
Jacob Young                              4-3-23

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt